# Law Office of Thomas K. Moore

Not a Partnership or Professional Corporation

- service by facsimile is not accepted -

MEMO ENDORSED

**Maria Sestito**

(914) 285-8586
(914) 285-8510 (fax)
(914) 285-8525 (fax)
MSESTITO@travelers.com

Mailing Address:

PO Box 2903
Hartford, CT 06104-2903

September 30, 2022

Hon. Kenneth M. Karas
United State District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Laubenheimer, Gregory v. Travelers Personal
Insurance Company
Case No: 7:22-cv-08235
Our Matter No: 2022099618

Dear Judge Karas:

This office represents the defendant, Travelers Personal Insurance Company, in regard to the above matter. When my office was filing the Notice of Petition for Removal to Federal Court, they mistakenly filed it under my Pacer account. It was later filed by Jesse J. Prisco who is the assigned attorney in our office.

I am asking the court to please remove my representation from this action.

Thank you for your consideration.

Granted. The Clerk is respectfully requested to remove Maria Sestito from representation of Defendant in this case.

So Ordered.
9/30/22

Very truly yours,

Maria Sestito
Attorney at Law

MS/kl

Not a Partnership or Professional Corporation
All attorneys are Employees of The Travelers Indemnity Company
And its Property Casualty Affiliates